**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00431-CR**
**NO. 09-14-00432-CR**
_____

**CALVIN JOSEPH PETE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 13-18177, 14-20434**

**MEMORANDUM OPINION**

On September 9, 2014, the trial court sentenced Calvin Pete on convictions for possession of a controlled substance. Pete filed a notice of appeal in each case on September 25, 2014. The district clerk has provided the trial court's certifications to the Court of Appeals. The trial court certified that these are plea-bargain cases and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

1

On September 30, 2014, we notified the parties that we would dismiss the appeals unless the appellant established grounds for continuing the appeals. The appellant filed a response but failed to establish that the trial court's certifications should be amended. Because the records do not contain certifications that show the defendant has the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

APPEALS DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on October 28, 2014
Opinion Delivered October 29, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

2